**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Patricia Mae Kerr Karasov, | Case No. 14-cv-1503 (SRN/BRT) |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ALL CLAIMS AGAINST THE CITY OF SAINT PAUL** |
| Caplan Law Firm, P.A., et al., | |
| Defendants, | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff Patricia Mae Kerr Karasov against the City of Saint Paul in the above-referenced action shall be, and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.  No other parties are being dismissed by way of this Stipulation.

THEREFORE, the parties agree and respectfully request that this Court dismiss the City of Saint Paul in the above-captioned matter.

| | |
|---|---|
| Dated:  April 28, 2015 | SAPENTIA LAW GROUP PLLC |
| | *s/ Sonia Miller-Van Oort* |
| | Jonathan Strauss, #0279602 |
| | Lorenz F. Fett, #196769 |
| | Sonia Miller-Van Oort, #278087 |
| | *Attorneys for Plaintiff* |
| | 12 South Sixth Street, Suite 1242 |
| | Minneapolis, MN 55402 |
| | (612) 756-7100; Fax: (612) 756-7101 |
| | jons@sapentialaw.com |
| | larryf@sapentialaw.com |
| | soniamv@sapentialaw.com |
| | kennf@sapentialaw.com |
| | |
| Dated:  April 28, 2015 | LAURA PIETAN |
| | Interim City Attorney |
| | *s/ Adam M. Niblick* |
| | Adam M. Niblick, #390128 |
| | Assistant City Attorney |
| | *Attorneys for Defendant City of Saint Paul* |
| | 750 City Hall and Court House |
| | 15 West Kellogg Boulevard |
| | Saint Paul, MN 55102 |
| | Telephone: (651) 266-8722 |
| | Fax: (651) 266-8787 |
| | Email: *adam.niblick@ci.stpaul.mn.us* |