# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Mae Kerr Karasov, | Civil File No. 14-cv-1503 (SRN/BRT) |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ENTRY OF FINAL JUDGMENT REGARDING PLAINTIFF'S CLAIMS AGAINST RAMSEY COUNTY** |
| v. | |
| Caplan Law Firm P.A., *et al.* | |
| Defendants. | |

Plaintiff Patricia Mae Kerr Karasov ("Plaintiff") and Defendant Ramsey County, by and through their respective counsel, submit this Stipulation as follows:

WHEREFORE, Defendant Ramsey County served a Rule 68 Offer of Judgment on Plaintiff in the captioned matter; and

WHEREFORE, Plaintiff accepted said Rule 68 Offer of Judgment; and

WHEREFORE, Ramsey County's Rule 68 Offer of Judgment expressly excluded claims for attorneys' fees and costs to allow Plaintiff to petition the Court for such fees and costs; and

WHEREFORE, in lieu of submitting a petition for fees and proceeding with additional motion practice related to a petition for fees and costs, the parties reached agreement on the amount of attorneys' fees and costs to be paid to Plaintiff and such issue no longer requires action from the Court; and

WHEREFORE, Ramsey County has paid in full both the amount referenced in the Rule 68 Offer of Judgment and the amount the parties agreed upon for Plaintiff's attorneys' fees and costs;

NOW THEREFORE, the parties, through their respective counsel, submit this Stipulation and request that:

(1) The Court enter judgment as set forth in the Rule 68 Offer of Judgment; and,

(2) The Court dismiss with prejudice all of Plaintiff's claims against Ramsey County and the John and Jane Doe Defendants allegedly associated with Ramsey County.

Dated:  May 7, 2015

**JOHN J. CHOI**
**Ramsey County Attorney**

s/Kimberly Parker
Kimberly Parker (#296685)
Assistant County Attorneys
121 Seventh Place East, Suite 4500
St. Paul, MN  55101
Telephone: 651-266-3117 (Parker)
Facsimile:  651-266-3032
kimberly.parker@co.ramsey.mn.us

*ATTORNEYS FOR DEFENDANT RAMSEY COUNTY*

Dated: May 7, 2015

**SAPIENTIA LAW GROUP PLLC**

s/Sonia Miller-Van Oort
Jonathan A. Strauss (#0279602)
Lorenz F. Fett (#196769)
Sonia Miller-Van Oort (#278087)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
 (612) 756-7100
Facsimile:  (612) 756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

*ATTORNEYS FOR PLAINTIFF*